*Plaintiff(s) Counsel:*
Robert T. Dassow, Esq.
Hovde Dassow & Deets LLC
Meridian Tower
201 W. 103rd Street, Suite 500
Indianapolis, Indiana 46290
(T) 317-818-3100
(F) 317-818-3111

-and-

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe, P.C.
8235 Forsyth, Suite 1100
St. Louis Missouri 63105
(T) 314-678-3400
(F) 314-678-3401

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 07-CV-0288<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| WAYNE ADAMSON, et al.,<br>           Plaintiff(s),<br>v.<br>PFIZER INC., ET AL.,<br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, **JAMES ANDREWS, ELIZABETH ANDREWS, MARY JO JACKO, ROBERT FRANCE** and **JAMES HOLTZ**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of only the actions brought by the above referenced Plaintiffs, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 16, 2009          By: _____

Robert T. Dassow, Esq.
Hovde Dassow & Deets LLC
Meridian Tower
201 W. 103rd Street, Suite 500
Indianapolis, Indiana 46290
(T) 317-818-3100
(F) 317-818-3111

-and-

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe, P.C.
8235 Forsyth, Suite 1100
St. Louis Missouri 63105
(T) 314-678-3400
(F) 314-678-3401

*Counsel for Plaintiff(s).*

DATED: ___April 15___, 2009    By: _____

Michelle Sadowsky, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(T) 212-335-4625
(F) 212-884-8675

*Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2009



Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

2