John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 07-0288 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Wayne Adamson, et al., <br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Wayne Adamson, George Link, Robert Nothdurft, John Baker, Angeline Cassell, Lucille Glisson, Gary Davis, George DiCicco, Ardell Fiock for decedent Gerald Fiock, David Ritter for decedent Delores Ritter, Jeanette West for decedent Ronald West, Tammy Johnson, Shirley Jones, Katherine Jones, Shirley Whisnant, Beverly Martin, Edith Newnham, Donald Nunez, Lakshmi Pasam, Hilda Morrissey, Cynthia Manley, Barbara Wilson, Richard Pryor, John Huffman, Ilse Rothholz, David Seeley, Laura Simmerman, Jerald Sobul, Robert Spencer, O'Nelda Starr, William Taylor, Cynthia Tullio, and Jacklyn Turner in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal

-1-

Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 1/15, 2010    By: /s/ John J. Carey

John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905

*Attorneys for Plaintiffs*

DATED: 1/27, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

Hon. Charles R. Breyer
United States District Court

-2-